JOHN LIDDLE, Appellant, v. ELIZABETH HASTINGS, AS ADMINISTRATRIX OF JANE LLOYD, Deceased, Respondent.

Judgment affirmed, with costs.

Opinion by DYKMAN, J.

---

EDWARD NEWLIN AND MARCUS MEAD, Executors, &c., Appellants, v. CORINNE GAYLOR AND OTHERS, Respondents.

Decree of surrogate reversed, and issues to be found and tried by jury at Circuit.

Opinion by DYKMAN, J.

---

ALEXANDER H. ARNOLD, Appellant, v. THOMAS J. ARNOLD AND THOMAS ARNOLD, AS Executors, &c. Respondents.

Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

---

THE NEW YORK MUTUAL LIFE INSURANCE COMPANY, Respondent, v. EDMOND MAGUIRE AND OTHERS, Appellants.

Order affirmed, with costs and disbursements.

Opinion by BARNARD, P. J.

---

EDWARD WALKER AND CATHARINE WALKER, Appellants, v. MARY E. WALKER AND JOSEPH H. WALKER, Individually AND AS Executors, &c., AND OTHERS, Respondents.

Decree of surrogate affirmed, with costs to respondent out of the estate.

Opinion by BARNARD, P. J.

---

WILLIAM HEINZMANN, Appellant, v. FREDERICK SCHWEICKERT AND BARBARA FRIES, Respondents.

Exceptions sustained, and order dismissing complaint reversed and new trial granted; costs to abide event.

Opinion by GILBERT, J.